**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                            NO. 4:05CR00194 JLH

STUART WAYNE REITHEMEYER                                                                              DEFENDANT

**ORDER**

The United States has filed a sentencing memorandum in response to which the defendant has filed a motion to strike or to continue sentencing. The Court has on several occasions accepted sentencing memoranda from defendants even though they were not timely submitted under the Court's standard order. This is the first occasion in which the United States has submitted a sentencing memorandum to this judge, and it would be inconsistent with past decisions to strike the sentencing memorandum. Furthermore, a substantial part of the sentencing memorandum and the evidence attached thereto pertains to information that the victim wishes to present. Pursuant to the Justice For All Act of 2004, 18 U.S.C. § 3771, the victim has a right to be heard at the sentencing proceeding. That statute makes no provision for excluding the victim's testimony based upon the judge's scheduling order. To exclude the victim's testimony based upon the scheduling order would certainly violate the spirit and perhaps the letter of that statute. Therefore, the motion to strike will be denied.

Defendant asks, in the alternative, that the sentencing hearing be continued so that his attorneys will have time to respond to the sentencing memorandum and a reasonable opportunity to prepare for the information that will be submitted by the United States at sentencing. For good cause shown, the motion to continue is granted. Docket No. 81. The sentencing hearing will begin at

10:00 a.m. on Monday, April 10, 2006, in Courtroom #372, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas 72201.

IT IS SO ORDERED this 3d day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE